UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS H. PETERSON and MARIE AYDELL PETERSON,<br><br>                  Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., et al.<br><br>                  Defendants. | Case No. 2:15-cv-01559-APG-GWF<br><br>**ORDER** |

       This matter is before the Court on Plaintiffs' Complaint (#1), filed on August 14, 2015. The Plaintiffs are proceeding pro-se. The Complaint is signed by Plaintiff Thomas H. Peterson, but not by Plaintiff Marie Aydell Peterson. A pro-se Plaintiff has no authority to appear as an attorney for anyone other than himself. *C.E. Pope Equity Trust v. U.S.*, 818 F.2d 696, 697 (9th Cir. 1987); *McShane v. United States*, 366 F.2d 286, 288 (9th Cir. 1966); *Russell v. United States*, 308 F.2d 78, 79 (9th Cir. 1962); *see also Lindstrom v. State of Ill.*, 632 F.Supp. 1535, 1537 (N.D. Ill. 1986) (a pro-se plaintiff may not represent his spouse). Because two Plaintiffs have commenced this action, both Plaintiffs must sign the Complaint. Accordingly,

       **IT IS HEREBY ORDERED** that the Plaintiffs are to submit an amended complaint with the signatures of both Plaintiffs. The amended complaint shall be filed by **September 28, 2015**.

       **DATED** this 26th day of August, 2015.

                                                            GEORGE FOLEY, JR.
                                                         United States Magistrate Judge