# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS H. PETERSON and MARIE AYDELL PETERSON,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 2:15-cv-01559-APG-GWF<br><br>**ORDER**<br><br>(Dkt. #6, #8) |

Plaintiffs Thomas H. Peterson and Marie Aydell Peterson move for injunctive relief in relation to being evicted from their property following a foreclosure sale. (Dkt. #6, #7, #8.) However, there is nothing in the record showing that defendant Bank of America, N.A. has been served with the two motions for injunctive relief, a summons, or the amended complaint. The original complaint was mailed to Bank of America. (Dkt. #1 at 6.) But mailing the complaint to a P.O. Box is not a proper means of service. The plaintiffs are directed to comply with Federal Rule of Civil Procedure 4, which governs effective service of process.

IT IS ORDERED that the plaintiffs must file proof of proper service of the summons, the amended complaint, and the amended motion for injunctive relief on defendant Bank of America, N.A. by October 5, 2015. If the plaintiffs fail to file proof of proper service, the motion for injunctive relief will be denied without prejudice.

DATED this 3rd day of September, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE