**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| THOMAS H. PETERSON and MARIE AYDELL PETERSON,<br><br>            Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA, N.A.,<br><br>            Defendant. | Case No. 2:15-cv-01559-APG-GWF<br><br>**ORDER DENYING AMENDED MOTION FOR INJUNCTIVE RELIEF**<br><br>(Dkt. #8) |

Plaintiffs Thomas H. Peterson and Marie Aydell Peterson moved for injunctive relief in relation to being evicted from their property following a foreclosure sale. (Dkt. #8.)  On September 3, 2015, I ordered plaintiffs to file proof of proper service of the court papers on defendant Bank of America, N.A. by October 5, 2015.  I warned the plaintiffs that their failure to file proof of proper service would result in the denial of the motion.  Subsequently, the plaintiffs filed documents purporting to show service on Bank of America. (Dkt. #15.)  However, delivering papers to a company's alleged lawyer is not effective service under Federal Rule of Civil Procedure 4.  Indeed, the recipient of that improper service filed a letter denying he represents Bank of America and denying that he is the resident agent for service of process. (Dkt. #14.)  Thus, plaintiffs have not effectively served Bank of America with process.

IT IS THEREFORE ORDERED that the plaintiffs' amended motion for injunctive relief is denied without prejudice.

DATED this 21st day of December, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE