**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| THOMAS H. PETERSON, *et al.*, | Case No. 2:15-cv-1559-APG-GWF |
| Plaintiff(s), | **ORDER DISMISSING DEFENDANT VENTURES TRUST 2013-1-H-R** |
| v. | |
| BANK OF AMERICA, N.A., *et al.*, | |
| Defendant(s). | |

On November 25, 2015, Plaintiffs were advised by the court (Dkt. #16) that this action would be dismissed without prejudice as to defendant Ventures Trust 2013-1-H-R unless on or before December 25, 2015, Plaintiffs filed proper proof of service or showed good cause why such service was not timely made. Plaintiffs have failed to file proof of service nor shown good cause. Nor have Plaintiffs shown cause why this action should not be dismissed without prejudice as to that defendant for failure to effect timely service pursuant to FRCP 4(m). Therefore,

**IT IS HEREBY ORDERED** that the above-entitled action is **DISMISSED without prejudice** only as to defendant Ventures Trust 2013-1-H-R.

Dated:  December 31, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE