# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS H. PETERSON, et al., <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A., et al., <br><br> Defendants. | Case No. 2:15-cv-1559-APG-GWF <br><br> **ORDER DISMISSING ALL DEFENDANTS** |

On September 16, 2016, Plaintiff was advised by the court (Dkt. #28) that this action would be dismissed without prejudice as to all defendants (Bank of America, N.A., Bradley K. Carr, Shannon Reynolds, Sherrie Reynolds, Connie Foutch, Yolanda Yourston, Homer Ron Brown, City of Taylorsville, Ronald Nadald, Dillion Clark, Parry Pilgrim, Shane Pilgrim, Larry Pilgrim, Ventures Trust), unless on or before October 16, 2016, Plaintiff filed proper proof of service or showed good cause why such service was not timely made.  Plaintiff has failed to file proof of service nor shown good cause.  Nor has Plaintiff shown cause why this action should not be dismissed without prejudice as to the defendants for failure to effect timely service pursuant to FRCP 4(m).  Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-entitled action be, and hereby is, **DISMISSED without prejudice** as to all defendants.

Dated:  October 18, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE